ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL X

| NELSON BALTAZAR SANTOS ÁLAMO, Peticionaria, v. PRIMITIVA MARTE LAZÚ, Recurrida. | KLCE202500060 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Humacao. Civil núm.: HU2022RF00113. Sobre: custodia. |
| --- | --- | --- |

Panel integrado por su presidenta, la juez Lebrón Nieves, la jueza Romero García y el juez Rivera Torres.

Romero García, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de febrero de 2025.

La controversia ante nuestra consideración gira en torno a la adquisición de una póliza de seguro, tipo cobertura completa o *full cover*, del vehículo de motor adquirido para beneficio del menor alimentista. El tema de la adquisición del vehículo para uso del menor no está en controversia; tampoco cómo las partes litigantes habrían de sufragar su costo[1].

Así pues, en este recurso presentado el 22 de enero de 2025[2], el peticionario, señor Nelson Baltazar Santos Álamo (señor Santos), solicita que revisemos la *Orden* dictada por el Tribunal de Primera Instancia, Sala Superior de Humacao, el 20 de diciembre de 2024, notificada en esa misma fecha[3], mediante la cual el foro *a quo* dispuso que, mientras el menor continuara sus estudios universitarios, él habría de sufragar el costo total de la póliza *full cover* del vehículo de motor.

---

[1] Véase, *Minuta* de la vista celebrada el 4 de diciembre de 2024, notificada el 12 de diciembre, a las págs. 35-37 del apéndice del recurso.

[2] En esa misma fecha, el señor Santos presentó una *Moción urgente en auxilio de jurisdicción*. Examinada la misma, este Tribunal ordenó la paralización de los procedimientos ante el foro primario mediante la *Resolución* del 22 de enero de 2025.

[3] *Véase*, apéndice del recurso, a las págs. 49-50. Contra esta determinación, el señor Santos presentó una solicitud de reconsideración. *Íd.*, a las págs. 51-52. Esta fue declarada sin lugar el 15 de enero de 2025, notificada al día siguiente. *Íd.*, a la pág. 1.

Número identificador

RES2025_____

El argumento del señor Santos en apoyo de su recurso es que él nunca ha aceptado capacidad económica con referencia a la pensión alimentaria y que la señora recurrida, abuela materna custodia, señora Primitiva Marte Lazú (señora Marte), se había comprometido a realizar dicho pago[4].

Conforme ordenado, el 4 de febrero de 2025, la señora Marte presentó su oposición a la expedición del recurso. Reiteró que su oferta inicial de pagar la totalidad del costo de la póliza del vehículo de motor estuvo sujeta a que el señor Santos accediera a la compra de un vehículo nuevo. A la luz de que ello no sucedió, y de que el señor Santos se ahorró el costo de un vehículo cero millas, el tribunal, en el ejercicio de su discreción, le impuso el pago de la totalidad de la póliza *full cover*.

I

Sabido es que este foro apelativo no habrá de intervenir con el ejercicio de la discreción del Tribunal de Primera Instancia, salvo en "un craso abuso de discreción o que el tribunal [hubiera actuado] con perjuicio y parcialidad, o que se [hubiera equivocado] en la interpretación o aplicación de cualquier norma procesal o de derecho sustantivo, y que nuestra intervención en esa etapa evitará un perjuicio sustancial". *Lluch v. España Service*, 117 DPR 729, 745 (1986). Así pues, lo anterior le impone a este Tribunal la obligación de ejercer prudentemente su juicio al intervenir con el discernimiento del foro primario. *Torres Martínez v. Torres Ghigliotty*, 175 DPR 83, 97 (2008).

II

A la luz de la evaluación de la petición de *certiorari* presentada el 22 de enero de 2025, concluimos que la parte peticionaria, señor Santos, no nos persuadió de que el foro primario hubiese cometido error alguno, que

---

[4] Surge de la *Minuta* de la vista celebrada el 15 de octubre de 2024, notificada el 16 de octubre, que el pago de la póliza *full cover* estaba condicionada a la adquisición de un vehículo nuevo, cero millas, para el menor. *Véase*, apéndice del recurso, a las págs. 25-26. No obstante, a la luz de que se aceptó la propuesta del señor Santos de adquirir un vehículo usado, más económico, la señora Marte retiró su oferta de pagar la totalidad del costo de la póliza *full cover*. A esos efectos, nos remitimos a la *Minuta* de la vista celebrada el 4 de diciembre de 2024, notificada el 12 de diciembre, a las págs. 35-37 del apéndice del recurso. *Véase*, además, la *Réplica a reconsideración y otros extremos y solicitud* presentada por la señora Marte el 15 de enero de 2025. *Íd.*, a las págs. 53-56.

justifique nuestra intervención en esta etapa de los procedimientos. En su consecuencia, **denegamos la expedición del auto de *certiorari***.

Así también, **dejamos sin efecto la orden de paralización** de los procedimientos que se llevan a cabo ante el foro primario.

**Notifíquese inmediatamente**.

Lo acordó el Tribunal y lo certifica la secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones